THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WILLIAM TODD LEE ) | |
| ) | |
| *PLAINTIFF,* ) | |
| ) | |
| v. ) | Civil Action No. 06-0884 (JDB) |
| ) | |
| THE HONORABLE FRANCIS J. HARVEY ) | |
| Secretary of the Army ) | |
| ) | |
| *DEFENDANT*. ) | |
| ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME FOR PLAINTIFF
TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR
FOR SUMMARY JUDGMENT**

William Todd Lee, Plaintiff, respectfully submits this motion for an enlargement of time in which to respond to respond to Defendant's motion to dismiss or in the alternative for summary judgment. Plaintiff requests a 30 day enlargement of time. Plaintiff's response currently is due today, August 7, 2006. If this motion is granted, Plaintiff's response will be due on September 6, 2006.

Plaintiff makes this motion for the following reasons. Defendant has not filed the administrative record in this matter, which Plaintiff believes is required in resolving Defendant's dispositive motion, as this case involves judicial review of a final administrative action of the Secretary of the Army. Lead counsel for Defendant currently is on leave and will return mid-August, at which time undersigned counsel will address this matter with him.

Plaintiff contacted counsel for Defendant who consented to this motion for enlargement, though without prejudice to any argument that may be made that the filing of the administrative record in this matter is not required.

Respectfully submitted,

/s/

Raymond J. Toney (NY0066)
Law Office of Raymond J. Toney
34-16 30th Avenue, Third Floor
Astoria, NY 11103
Tel: 718-726-3656
Fax: 718-504-4735
E-mail: rjtoney@rjtlaw.net

*Attorney for Plaintiff*