UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM T. LEE,              ) | |
|                                              ) | |
|             Plaintiff,           ) | |
|                                              ) | |
|      v.                                 ) | Civil Action No. 06-0884 (JDB) |
|                                              ) | |
| THE HONORABLE FRANCIS J. ) | |
| HARVEY,                         ) | |
|                                              ) | |
|             Defendant.        ) | |
|                                              ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendants hereby move for leave to file under seal the Administrative Record in this Privacy Act case.  Plaintiff believes that these documents should be filed under seal pending final determination of this action because, according to plaintiff, the material concerns plaintiff's personal, Privacy Act protected information.  Since this filing under seal is at plaintiff's request, this motion will not be opposed. Defendant will file the Administrative Record in the Clerk's office in CD-ROM format.  In accordance with Local Rule 5.1(j)(1), the administrative record will be treated as sealed pending the outcome of this motion. For the foregoing reasons, defendants respectfully request that this unopposed motion for leave to file under seal be granted.

      Respectfully submitted,

      _____
      KENNETH L. WAINSTEIN, D.C. Bar #451058
      United States Attorney

      _____
      RUDOLPH CONTRERAS D.C. Bar No. 434122
      Assistant United States Attorney

                                                _____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 353-9895

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM T. LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-0884 (JDB) |
| | ) |
| THE HONORABLE FRANCIS J. HARVEY, | ) |
| | ) |
| Defendant. | ) |

ORDER

Upon consideration of Defendant's Unopposed Motion For Leave To File Under Seal, and of the entire record, and it appearing to the Court that the granting of this unopposed motion would be just and proper, it is by the Court this _____ day of _____ 2006,

ORDERED that Defendant's Unopposed Motion For Leave To File Under Seal be, and it is, granted, and it is further

ORDERED that the Clerk shall file under seal the Administrative Record.

SO ORDERED.

                                                                                                                                                      _____
                                                                   John D. Bates
                                                                   United States District Judge

Copies to:
The Parties via ECF