CERTIFICATE OF SERVICE

      I hereby certify that on this 31st day of August 2006, I caused the foregoing Notice of Filing Under Seal and Administrative Record to be served on plaintiff via overnight delivery, addressed as follows:

Raymond J. Toney
34-16 30th Avenue
3rd Floor
Astoria, NY 11103

                                                                                                 _____
                                                                                                  KEVIN K. ROBITAILLE
                                                                                                   Special Assistant U.S. Attorney
                                                                                                   Civil Division
                                                                                                   555 Fourth St., N.W.
                                                                                                   Washington, D.C. 20530
                                                                                                   202-353-9895 / FAX 202-514-8780