THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM TODD LEE, <br><br>*Plaintiff,* <br><br>v. <br><br>THE HONORABLE FRANCIS J. HARVEY <br>Secretary of the Army <br><br>*Defendant*. | ) <br> ) <br> ) <br> ) <br> ) Case No. 06-0884 (JDB) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFF'S STATEMENT OF MATERIAL FACTS IN DISPUTE

Plaintiff, William Todd Lee, respectfully submits this statement of facts in material dispute for the Court's consideration.

1. The Army Regulation 15-6 Report of Investigation is a "record" maintained within a "system of records" for Privacy Act purposes.

2. Plaintiff did not make false claims, statements, or otherwise provide false or misleading information in his resume;

3. Plaintiff did not misuse government resources.

Respectfully submitted,

/s/

Raymond J. Toney (NY0066)
The Law Office of Raymond J. Toney
34-16 30th Avenue, Third Floor
Astoria, NY 11103
Tel: 718-726-3656
Fax: 718-504-4735
E-mail: rjtoney@rjtlaw.net

*Attorney for Plaintiff*