UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM T. LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0884 (JDB) |
| ) | |
| THE HONORABLE FRANCIS J. ) | |
| HARVEY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF FILING OF ADMINISTRATIVE RECORD UNDER SEAL**

Defendant hereby advises the Court that he will file the Administrative Record in the Clerk's office in CD-ROM format. In accordance with Local Rule 5.1(j)(1), the administrative record will be treated as sealed pending the outcome of defendant's unopposed motion for leave to file under seal.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

/s/
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney

/s/
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895 / FAX 202-514-8780

CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August 2006, I caused the foregoing Notice of Filing Under Seal and Administrative Record to be served on plaintiff via overnight delivery, addressed as follows:

Raymond J. Toney
34-16 30th Avenue
3rd Floor
Astoria, NY 11103

_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780