UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM T. LEE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE HONORABLE FRANCIS J. )<br>HARVEY, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 06-0884 (JDB) |

**DEFENDANTS' CONSENT MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO FILE ITS REPLY**

Plaintiff brings this case under the Privacy Act, 5 U.S.C. § 552a, alleging that the Defendant failed to amend Plaintiff's employment records. Defendants respectfully move this Court for an enlargement of time through and including October 5th, 2006, within which to reply to Plaintiff's opposition to Defendant's Motion to Dismiss of in the alternative for Summary Judgment. Good cause exists to grant this motion:

1. Defendants' reply is presently due on September 18, 2006.

1. Counsel for Defendants have been diligently working on this matter; additional time is need to address the arguments raised by Plaintiff.

2. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

3. This is the first enlargement of time sought regarding matter.

4. Plaintiff through counsel has consented to this request.

For these reasons, defendants requests that the Court grant their Motion for Enlargement of Time Within Which to which to file their reply  A proposed order is included with this

Motion.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN., D.C. Bar #451058
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney


_____/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 353-9895