UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM T. LEE, )<br>)<br>　　Plaintiff, )<br>)<br>　　v. )<br>)<br>THE HONORABLE FRANCIS J. )<br>HARVEY, )<br>)<br>　　Defendant. )<br>_____ ) | Civil Action No. 06-0884 (JDB) |

## ORDER

Upon consideration of Defendants' Motion for an Enlargement of Time to reply to Plaintiff's opposition to Defendant's Motion to Dismiss or in the alternative for Summary Judgment, and the entire record of this case, it is hereby

ORDERED that Defendants' Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendants shall have up to and including October 5, 2006, to reply to Plaintiff's opposition to Defendant's Motion to Dismiss or in the alternative for Summary Judgment.

Dated this _____ day of _____, 2006.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　John D. Bates
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Copies to:
Parties via ECF