UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM TODD LEE,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>HON. FRANCIS J. HARVEY<br>Secretary of the Army,<br><br>　　　Defendant. | Civil Action No. 06-0884 (JDB) |

## ORDER

In light of the opinion recently issued by the United States Court of Appeals for the District of Columbia Circuit in McCready v. Nicholson, No. 04-5425 (D.C. Cir. Sept. 19, 2006), it is this 29th day of September, 2006, hereby

**ORDERED** that defendant address the impact, if any, of the McCready decision on this action in its reply due by not later than October 5, 2006; it is further

**ORDERED** that plaintiffs shall submit a sur-reply addressing the impact of the McCready decision by not later than October 19, 2006; and it is further

**ORDERED** that a hearing on [3] defendant's motion to dismiss, or in the alternative, for summary judgment shall be held on November 2, 2006, at 9:30AM, in Courtroom Eight.

　　　　　　　　　　　　　　　　　　　/s/　　John D. Bates　　　　　　
　　　　　　　　　　　　　　　　　　**JOHN D. BATES**
　　　　　　　　　　　　　　　　**United States District Judge**