*McCready* makes clear that an agency may prevail in an accuracy challenge by showing that it