# Exhibit C

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM TODD LEE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action: 1:05CV00360 |
| ) | |
| THE HONORABLE FRANCIS J. HARVEY ) | |
| Secretary of the Army ) | |
| ) | |
| Defendant ) | |

## DECLARATION OF ANNETTE FEARS

I, Annette Fears, make the following declaration under penalty of perjury:

1. I am the Administrative Officer in the Office of the Staff Judge Advocate (OSJA), United States Army Reserve Command (USARC), located at 1401 Deshler St, Fort McPherson, Georgia 30330-2000. One of my official duties is to be the records custodian of all official files maintained in the OSJA.

2. Reports of Investigation appointed by the USARC Command Group (Commanding General, Deputy Commanding General, and Chief of Staff) under the provisions of Army Regulation (AR) 15-6 are maintained in the OSJA. The record that Plaintiff seeks to correct is a Report of Investigation under AR 15-6 appointed by the USARC Commanding General.

3. Reports of Investigation received in the OSJA are logged in using an automated Case Management System. That system assigns a log number to the report. After the Report of Investigation is approved by the Commanding General, the case file

including the Report of Investigation are filed numerically using the Case Management System log number. Reports of Investigation are not filed alphabetically by name, nor are they filed using the Social Security number of anyone involved in the report, nor any other number or symbol that is assigned to particular individuals. Additionally, Reports of Investigation are not retrieved by name, Social Security number, or any other personal identifier. Instead, Reports of Investigation are retrieved based on the Case Management System, specifically, the Case Management System log number, which is unrelated to specific individuals.

I declare under penalty of perjury, pursuant to 28 USC §1746, that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed this 14th day of July, 2006, at Ft McPherson, Georgia.

ANNETTE FEARS
Administrative Officer,
Office of the Staff Judge Advocate
US Army Reserve Command