Exhibit E



DEPARTMENT OF THE ARMY
HEADQUARTERS, UNITED STATES ARMY RESERVE COMMAND
1401 DESHLER STREET SW
FORT MCPHERSON, GA 30330-2000

REPLY TO
ATTENTION OF:

AFRC-CS

20 April 2004

MEMORANDUM FOR Mr. William T. Lee

SUBJECT: Notice of Decision on Proposed Removal

1. I have thoroughly reviewed the reasons for your proposed removal as set forth in the Notice of Proposed Removal which you received on 31 March 2004. I have also considered your written reply, dated 13 April 2004. Based on my review of the facts and circumstances in this case, I have determined that the charges of 1) falsification of information in your job application, and 2) misuse of Government resources are supported by a preponderance of the evidence. I consider your misconduct to be very serious. However, I have determined that your actions do not warrant removal. Therefore, I am reducing the penalty of a proposed removal to a 14-day suspension. You will be suspended from duty without pay, effective 2 May through 15 May 2004. You are directed to return to duty on 17 May 2004. A copy of the Notification of Personnel Action, Standard Form 50, documenting your suspension and return to duty will be forwarded to you under separate cover, and a copy will be filed in your Official Personnel Folder.

2. In selecting this penalty, I have considered your employment history, to include the fact that you have a record of dedicated and honorable military service. As an employee in a senior position within this command, I expect your behavior to be above reproach. While I agree that it is incumbent upon your superiors to provide workplace policies and procedures, I expect you to make every effort to understand the rules and adhere to the principles of ethical and honest conduct in every aspect of your job. Your failure to do so in this instance has resulted in a negative affect on the efficient accomplishment of our mission. The penalty is consistent with the Department of the Army Table of Penalties as set forth in AR 690-700, Chapter 751.

3. This action is considered to be constructive and corrective in nature and is taken to promote the efficiency of the service. I believe that you have the potential to provide valuable service to this command and to the Department of the Army. However, I find it necessary to caution you that any further misconduct on your part may result in more severe disciplinary action, to include your removal from Federal service.

4. You have a right to request a review of this action under the DoD Administrative Grievance System. Your grievance, if any, must be submitted within fifteen (15) calendar days after receipt of this memorandum. Your grievance must be in writing, must specify the issue(s) you are grieving, and must specify the personal corrective or remedial relief action sought by you.

AFRC-CS
SUBJECT: Notice of Decision on Proposed Removal

5. You are requested to acknowledge receipt of this document by signing and dating the copy provided and returning it to me. Your signature does not mean that you agree or disagree with its content, nor will it serve to waive any rights mentioned herein. Failure to sign will not void the content of this notice.

                                      */s/ James A. Kelley*
                                      JAMES A. KELLEY
                                      BG, US Army
                                      Chief of Staff

Receipt Acknowledgement:

*/s/ William T. Lee*                23 APR 04
WILLIAM T. LEE                  Date

2