UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MR. WILLIAM TODD LEE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-0884 (JDB) |
| THE HONORABLE FRANCIS J. HARVEY, | ) |
| Defendant. | ) |

## ERRATA

COMES NOW Defendant, through undersigned counsel, to respectfully notify Plaintiff and the Court that defendants mistakenly filed a mis-formed PDF when filing Defendant's Reply in Support of His Motion to Dismiss Or in the Alternative, for Summary Judgment. The attached document should have been filed. Defendant apologizes for any inconveniences.

Respectfully submitted,

_____/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney

_____/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 353-9895