**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WILLIAM T. LEE, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )    **Civil Action No. 06-0884 (JDB)** |
| | ) |
| THE HONORABLE FRANCIS J. | ) |
| HARVEY, | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**NOTICE OF FILING OF ADMINISTRATIVE RECORD UNDER SEAL**

The Administrative Record was previously filed in accordance with Local Rule 5.1(j)(1), in electronic format on September 1, 2006. (Docket Entry #8). Defendant contemporaneously filed a Consent Motion to Seal the Administrative Record (Docket Entry #4), which the Court granted in a Minute Order dated September 1, 2006.

At the request of the Court, Defendant provided a paper copy of the Administrative Record to the Court on February 20, 2007. Pursuant to Local Rule 5.1(j)(2) and the Court's September 1, 2006 Minute Order, Defendant hereby advises the Court that he is filing the Administrative Record under seal in the Clerk's office in paper format.

Respectfully,

_____/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s_____
RUDOLF CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____/s_____
STEVEN M. RANIERI
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895