UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WILLIAM TODD LEE, <br><br> *PLAINTIFF,* <br><br> v. <br><br> THE HONORABLE PETE GEREN <br> Acting Secretary of the Army <br><br> *DEFENDANT.* | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-0884 (JDB) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEAL

Notice is hereby given this 28th day of May, 2007, that William Todd Lee, plaintiff-appellant, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Final Judgment of this Court entered on 29 March 2007, granting Defendant's motion to dismiss or in the alternative for summary judgment. Mr. Lee appeals the judgment of the District Court in its entirety.

Respectfully submitted,

/s/

Raymond J. Toney (Bar No. NY0066)
*Attorney for Plaintiff*

The Law Office of Raymond J. Toney
404 Park Avenue South, 14th Floor
New York, NY 10016
Tel: 212-686-3434, ext. 206 Fax: 718-504-4735
E-mail: rjtoney@rjtlaw.net